IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRETT DANIEL EKMAN,<br><br>    Petitioner,<br><br>  vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | No. C 03-00517 JW (PR)<br><br>ORDER OF DISMISSAL |

    Petitioner filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his state conviction.  The Court found the petition, liberally construed, stated cognizable claims under § 2254, and issued an order to respondent to show cause why the petition should not be granted.  Respondent requested an extension of time to file an answer which the Court granted.  The clerk served a copy of the order granting the extension of time to petitioner.  On September 6, 2007, petitioner's copy of the order was returned to sender with a notation that the order was undeliverable as petitioner was deceased.

    The death of a habeas petitioner renders his petition moot.  See Griffey v.

Order of Dismissal
N:\Pro - Se\9.25.2007\03-0517 Ekman517_dismiss.wpd

1  Lindsey, 349 F.3d 1157 (9th Cir. 2003); McClendon v. Trigg, 79 F.3d 557, 558 (7th

2  Cir. 1996).  Any collateral consequences end with the petitioner's death as well.

3  McClendon, 79 F.3d at 558-59.  The petition must be dismissed.  See id. at 559.

4      Accordingly, this petition is DISMISSED.  The clerk shall terminate any

5  pending motions as moot.

8  DATED:  September 13, 207                  JAMES WARE
9                                                             United States District Judge

**United States District Court**
For the Northern District of California

Order of Dismissal
N:\Pro - Se\9.25.2007\03-0517 Ekman517_dismiss.wpd     2